IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OMAR FARINA**,

    **Petitioner,**

v.                                                     Case No. 4:18cv15-MW/CAS

**JEFF SESSIONS, et al.,**

    **Respondents.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 7, is **GRANTED** and the § 2241 petition is **DISMISSED as moot** since Petitioner has been released from detention." The Clerk shall close the file.

**SO ORDERED on April 10, 2018.**

                                                     s/Mark E. Walker     
                                                     **United States District Judge**